1 THOMAS P. O'BRIEN
United States Attorney
2 LEON W. WEIDMAN
Assistant United States Attorney
3 Chief, Civil Division
John C. CUSKER, CSBN 148227
4 Special Assistant United States Attorney
  333 Market St., Ste. 1500
5 San Francisco, Ca. 94105
Tel. (415) 977-8975
6 FAX: (415) 744-0134
Email: john.cusker@ssa.gov
7
Attorneys for Defendant
8 Commissioner of Social Security

9

10            UNITED STATES DISTRICT COURT

11

12            CENTRAL DISTRICT OF CALIFORNIA
                    WESTERN DIVISION
13

14
PHILIP MAGANA,                    ) Case No. EDCV 07-01297 CAS (VBK)
15                                )
    Plaintiff,                    ) **JUDGMENT OF REMAND**
16                                )
    v.                            )
17                                )
MICHAEL J. ASTRUE, Commissioner   )
18 of Social Security,            )
                                  )
19    Defendant.                  )
                                  )
20                                )

21 _____

22     The Court having approved the parties' Stipulation to Voluntary Remand

23 Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment

24 ("Stipulation for Remand") lodged concurrent with the lodging of the within

25 Judgment of Remand.

26

27

28

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation for Remand.

DATED: August 14, 2008

_____/s/_____
VICTOR B. KENTON
UNITED STATES MAGISTRATE JUDGE